382 A.2d 741

Brough, et al., Appellants, v. Tri-Co Foods Corporation.

Submitted March 15, 1977. Stuart M. Neely and Nevin Stetler, for appellants; Norman T. Petow, for appellee.

Order and judgment affirmed.